# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

APR 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Austin Nathaniel Hannon #297014

Plantiff,

COMPLAINT

vs.

Detention Corporal Michael Beer
Detention Chief Christopher Wyatt

Case No. 3:25-cv-269-MR

All defendants are being sued in their official and individual capacity.

Defendant(s).

## A. JURISDICTION

Jurisdiction is proper in this court according to:

X  42 U.S.C. §1983

____ 42 U.S.C. §1985

____ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Austin N. Hannon #297014
   Address: Gaston County Jail
   425 Dr. MLK Jr. Way
   Gastonia N.C.

2. Name of Defendant: Corporal Michael Beer 6283
   Address: Gaston County Jail
   425 Dr. MLK Jr. Way
   Gastonia N.C. 28052

   Is employed as Detention Corporal at Gaston County Jail.
   (Position/Title)          (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES _X_ NO _____, if "YES" briefly explain: Defendant was on active duty as a detention corporal at the Gaston County Jail Program

3. Name of Defendant: Detention Chief Christopher Wyatt 601
   Address: Gaston County Jail
   425 Dr. MLK Jr. Way
   Gastonia N.C. 28052

   Is employed as _Detention Chief_ at _Gaston County Jail Office_
       (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES _X_ NO _____, if "YES" briefly explain: Defendant was on active duty as the detention Chief at Gaston County Jail

4. Name of Defendant: Christopher Wyatt
   Address: _____
   _____
   _____

   Is employed as _Chief_ at _Gaston County Sheriffs Office_
       (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES _____ NO _____, if "YES" briefly explain:
   _____
   _____
   _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

All defendants have participated in the violation of plaintiffs 8th Amendment Protection from Cruel and Unusual Punishment as well as the Plaintiffs 14th Amendment Protection.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1)     Count 1: _Assault by an Officer_
    (2)     Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
_See attachment #1_

b. (1)     Count 2: _Assault by an Officer_
    (2)     Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
_See attachment #1_

## E. INJURY

How have you been injured by the actions of the defendant(s)?

_Ligament damage to right wrist_
_Ligament damage and bruising left shoulder_
_Maced in the eyes and mouth._
_PTSD / Anxiety_

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?     YES _____     NO ___X___

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4. Issued raised:

_____

_____

_____

5. When did you file the lawsuit?_____
                                            Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES ___X___     NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

An investigation was requested seeking relief.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Monetary compensatory and punitive relief.

JURY TRIAL REQUESTED    YES X    NO _____

Signed at _Gaston County Jail_ on _04/16/25_.
425 DC MLK Jr Way
Gastonia N.C. 28052
(Location)                               (Date)

Signature

Address: Gaston County Jail
425 Dc mlk Jr Way
Gastonia N.C. 28052

Phone: _____
E-Mail: _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Clerk, US. District Court
Western District of NC.
401 West Trade Street
Room 210
Charlotte NC. 28202

This the 16 day of April , 20 25 .

_Austin Hannon_
Signature

Austin Hannon
(Print Name)

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Clerk, U.S. District Court
Western District of N.C.
401 West Trade Street
Room 210
Charlotte N.C. 28202

This the 16 day of April , 20 25 .


_____
Signature

Austin Hannon
(Print Name)