At around 7 oclock pm on 01/25/25 I was on the phone with my sister so the whole incident was recorded. Chief Wyatt and Corporal Beer were doing a round when Chief Wyatt stopped at my door just starring at me finally he said to pick my mat up off the floor. I told him respectfully that Im on the phone just give me a minute and he told me very rudely and aggressively "Youre going to move it right now." So I told Kim I wasnt and if he cared that much to take it with him. Cause thats usually what they do. I had some issues going on at home finding out my mother has breast cancer, I wasnt trying to move and lose signal. I was standing on the other side of my toilet a substantial distance away from him when he told Corporal Beer to spray me. Afterdoing so they proceeded by grabbing my arms and slamming me to the floor and cuffed me very tightly. Disobeying an order is a write up not a reason for a use of force, I was not being violent or aggressive and I feel I have been made a victim. There has been multiple incidents like this one where theyve abused me. The victims on my case are Gaston County officers Im not even supposed to be here I live in fear of danger every day.

I have been targeted since I've been here.

They didn't give me new sheets for 3 days until officer Smith came 3 days later on camera and took my mace covered sheets and gave me new ones @ 5:27 pm on 01/28/25

This is not the only incident like this They vaped my cell and left me in there for 4 days because they were trying to move me into another room with a keep seperate I'm not supposed to be around + eventually they put me in there anyways. 4 days no shower and no cleaning supplies to decontaminate