Austin N. Hannon # 297014
Gaston County Jail
425 Dr. MLK Jr. Way
Gastonia N.C. 28052



**RECEIVED**
Charlotte, NC

APR 1 8 2025

Clerk, US District Court
Western District NC

Clerk, US District Court
Western District of N.C.
401 West Trade Street
Room 210
Charlotte N.C. 28202