# United States District Court
# Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Austin Nathaniel Hannon,** | ) | **JUDGMENT IN CASE** |
| | ) | |
| **Plaintiff(s),** | ) | **3:25-cv-00269-MR** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Michael Beer, et al.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order filed on August 6, 2026.

August 6, 2026

Katherine Hord Simon, Clerk
United States District Court